JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| MARIA SANTOS LAGUNAS MARTINEZ, | Case No. EDCV 26-2090-AS |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| THOMAS GILES, et al., | |
| Respondents. | |

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the Petition is GRANTED.

DATED: May 8, 2026

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE